# MEMORANDUM DECISIONS.

George Alford, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of error to Criminal Court of Record, Escambia county; E. D. Beggs, Judge.

C. M. Jones and Chas. M. Coston for plaintiff in error.

Attorney-General for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed by the clerk on præcipe of counsel for the plaintiff in error, under Rule 24.

---

H. L. Anderson and C. W. White, Plaintiffs in Error, v. D. P. Montague, Defendant in Error.

Division B.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

H. L. Anderson for plaintiffs in error.

A. H. King for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*